Michael Critchley, Esq.
Amy Luria, Esq.
Armando B. Suarez, Esq.
CRITCHLEY, KINUM & LURIA, LLC
75 Livingston Avenue, Suite 303
Roseland, NJ  07068
(973) 422-9200 (tel)
(973) 422-9700 (fax)

*Attorneys for Defendant Carmine Mattia*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.  21-cr-576 (KM) |
| v. | Oral Argument Requested |
| CARMINE MATTIA | |

## <u>NOTICE OF MOTION TO DISMISS</u>

PLEASE TAKE NOTICE that defendant Carmine Mattia, through his undersigned counsel, is moving the United States District Court for the District of New Jersey, for an Order:

1) Permitting him to serve certain Rule 17(c) subpoenas;

2) Requiring the production of a bill of particulars;

3) Striking surplusage from the Superseding Indictment;

4) Requiring the immediate production of all Rule 16 and *Brady* material;

5) Requiring the production of all *Giglio* at least eight weeks in advance of the commencement of trial;

6) Requiring the identification of all 404(b) and uncharged criminal acts evidence at least eight weeks in advance of the commencement of trial;

7) Requiring the immediate production of the agent rough notes for the FBI 302s already produced by the Government;

8) Requiring the immediate production of the FBI 302s that correspond with all agent rough notes that have already been produced by the Government;

9) Requiring the Government to produce an expert report and curriculum vitae for Dr. Robert Agresti;

10) Requiring the Government to identify all additional expert witnesses immediately, and to immediately produce these experts' reports and curriculum vitae;

11) Suppressing the materials obtained pursuant to the 18 U.S.C. § 2703(d) order;

12) Requiring the production of any grand jury subpoenas issued with return dates after the expiration of the grand jury with regard to the health care fraud-related charges; and

13)   Requiring the identification of any documents received pursuant to a grand jury subpoena after expiration of the grand jury with regard to the health care fraud-related charges; and

14)   Suppressing all materials obtained by the grand jury in violation of the grand jury process;

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Mr. Mattia shall rely on his brief and the Certification of Amy Luria, Esq. and the exhibits attached therewith; and

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being filed herewith; and

PLEASE TAKE FURTHER NOTICE that oral argument is requested in the event this Motion is opposed.

Dated:  May 19, 2022

s/ *Amy Luria*
Michael Critchley, Esq.
Amy Luria, Esq.
Armando B. Suarez, Esq.
CRITCHLEY, KINUM & LURIA, LLC
75 Livingston Avenue, Suite 303
Roseland, NJ  07068
(973) 422-9200 (tel)
(973) 422-9700 (fax)

*Attorneys for Defendant Carmine Mattia*