Michael Critchley, Esq.
Amy Luria, Esq.
Armando B. Suarez, Esq.
CRITCHLEY, KINUM & Luria, LLC
75 Livingston Avenue, 3rd Floor
Roseland, NJ  07068
(973) 422-9200 (tel)
(973) 422-9700 (fax)

*Attorneys for Defendant Carmine Mattia*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.  21-cr-576 (KM) |
| v. | |
| CARMINE MATTIA | |

## CERTIFICATION OF AMY LURIA IN SUPPORT OMNIBUS MOTION

I, Amy Luria, Esq., hereby certify:

1.      I am an attorney and partner with the firm of Critchley, Kinum & Luria, LLC, in Roseland, New Jersey.  Our firm represents Defendant Carmine Mattia in this matter.

2.      Attached hereto as Exhibit 1 is a true and accurate copy of Verizon attendance records for Individual-1, produced by the Government to Mr. Mattia.

1

3.    Attached hereto as Exhibit 2 is a true and accurate copy of a letter

from Amy Luria to Sean Sherman and Emma Spiro, dated September

29, 2021.

4.    Attached hereto as Exhibit 3 is a true and accurate copy of a letter

from Amy Luria to Sean Sherman and Emma Spiro, dated September

29, 2021.

5.    Attached hereto as Exhibit 4 is a true and accurate copy of a letter

from Amy Luria to Sean Sherman and Emma Spiro, dated September

29, 2021.

6.    Attached hereto as Exhibit 5 is a true and accurate copy of a letter

from Sean Sherman and Emma Spiro to Michael Critchley and Amy

Luria, dated December 31, 2021.

7.    Attached hereto as Exhibit 6 is a true and accurate copy of a letter

from Amy Luria to Sean Sherman and Emma Spiro, dated March 9,

2022.

8.    Attached hereto as Exhibit 7 is a true and accurate copy of a letter

from Sean Sherman and Emma Spiro to Michael Critchley and Amy

Luria, dated April 4, 2022.

9.   Attached hereto as Exhibit 8 is a true and accurate copy of a letter from Amy Luria to Sean Sherman and Emma Spiro, dated April 14, 2022.

10.  Attached hereto as Exhibit 9 is a true and accurate copy of an e-mail from Amy Luria to Emma Spiro, dated May 5, 2022.

11.  Attached hereto as Exhibit 10 is a true and accurate copy of documents Bates Stamped MATTIA_0001884 – 0001888 and MATTIA_0001834 – 0001837, which was produced by the Government to Mr. Mattia.

12.  Attached hereto as Exhibit 11 is a true and accurate copy of documents produced by the Government to Mr. Mattia regarding a grand jury subpoena served on Verizon Wireless.

Dated:  May 19, 2022                          /s/ Amy Luria
                                              Amy Luria, Esq.

3