# EXHIBIT 3

CRITCHLEY, KINUM & LURIA, LLC
ATTORNEYS AT LAW
75 LIVINGSTON AVENUE - SUITE 303
ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM
AMY LURIA

ARMANDO B. SUAREZ

(973) 422 - 9200
(973) 422 – 9700 fax
www.critchleylaw.com

September 29, 2021

**Via E-mail**
Mr. Sean Sherman
Ms. Emma Spiro
U.S. Attorney's Office
970 Broad Street, 7th Fl.
Newark, NJ 07102

    Re:    United States v. Carmine Mattia, 21-576 (KM)

Dear Mr. Sherman and Ms. Spiro:

We write to respectfully request that, by October 8, 2021, you provide to us the following information in a bill of particulars:

1) The identity of the "others" with whom Mr. Mattia allegedly conspired, referenced in Paragraph 2 of Count 1.
2) The identity of "Individual-1" in the Indictment.
3) The specific "false and fraudulent pretenses, representations and promises," referenced in Paragraph 2 of Count 1, and in Paragraph 2 of Counts 2-4.
4) The dates on which the insurance claims for the prescriptions referenced in Counts 2-4 were allegedly submitted to the Company's health care plan and the PBM.
5) The dates on which the insurance claims for prescriptions referenced in Count 1 were submitted to the Company's health care plan and the PBM.
6) The dates and amounts of "cash" payments, referenced in Paragraph 4g of Count 1.
7) The specific checks given to Individual-1 to allegedly induce him to obtain compounded medications, referenced in Paragraph 4g of Count 1.
8) The identity of the "marketing company," referenced in Paragraph 4a of Count 1.

9) The definition of "medically unnecessary," as utilized in the Indictment, as well as the source of that definition.

In addition, we respectfully request that, by October 8, 2021, the Government produce:

1) Copies of all of the "false and fraudulent insurance claims," referenced in Paragraph 3 of Count 1.
2) Copies of all check payments made to Individual-1 allegedly to induce Individual-1 to obtain compounded medications, referenced in paragraph 4g of Count 1.
3) Copies of all of the insurance claims for the prescriptions referenced in Counts 2-4.
4) All bills from PBM-1 to the Company that the Government alleges were for medically unnecessary medications.
5) Copies of Verizon's health insurance plans, explanation of benefits and/or descriptions of coverage.
6) Copies of all contracts between Verizon and Express Scripts.
7) All medical records for Individual-1.
8) Copies of all prescriptions written for Individual-1, including those for compounded medications.
9) All documents pertaining to and produced by Albert Castano.

Finally, we request that you advise, by October 8, 2021, whether you refuse to comply with any of our above requests.

Very truly yours,

/s/ Amy Luria
Amy Luria