# EXHIBIT 5



**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

---

*Sean M. Sherman*                              *970 Broad Street, Suite 700*     *Direct Dial: (973) 645-2733*
*Emma Spiro*                                    *Newark, New Jersey 07102*        *Facsimile:  (973) 645-3497*
*Assistant United States Attorneys*

December 13, 2021

Michael D. Critchley
Amy Luria
Critchley, Kinum & Luria, LLC
75 Livingston Avenue
Roseland, New Jersey 07068

> Re:    *United States v. Carmine Mattia*
>        Crim. No. 21-576 (KM)

Dear Mr. Critchley and Ms. Luria:

Please be advised that at trial the Government anticipates that it will call Dr. Robert Agresti as a lay witness. It is expected that, among other things, Dr. Agresti will testify as to the nature of compounded medications, and that his testimony will include the following:

- Compounding was a practice where a licensed pharmacist or licensed physician combined, mixed, or altered ingredients of a drug to create a medication tailored to the needs of an individual patient.
- Compounded drugs were not approved by the U.S. Food and Drug Administration.
- Compounded drugs are used when, for example, a patient is unable to tolerate an FDA-approved medication.

The testimony will be based on Dr. Agresti's personal knowledge, education, and experience as a physician. Dr. Agresti obtained his degree from Kirksville College of Osteopathic Medicine in 1983. He practiced as physician engaged in general surgery from 1984 through 1988 and plastic surgery from 1988 through 2019. The Government is providing this notice out of an abundance of caution, but does not concede that this anticipated testimony falls within Federal Rule of Criminal Procedure 16(a)(1)(G).

Per the scheduling order, the defendant shall provide Notice of Expert Witnesses, if any, and a written summary of any testimony that defendant

intends to use under Federal Rule of Evidence 702, 703, or 705, as defined by Federal Rule of Criminal Procedure 16(b)(1)(C), on or before February 22, 2022.

Very truly yours,

RACHAEL A. HONIG
Acting United States Attorney

*/s/ Sean M. Sherman*
By:  Sean M. Sherman
      Emma Spiro
Assistant U.S. Attorneys