## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK**DATE:** October 25, 2022
**DISTRICT JUDGE** KEVIN MCNULTY
**COURT REPORTER:** RHEA C. VILLANTI

**TITLE OF CASE:****DOCKET  # 21-cr-576**
UNITED STATES OF AMERICA
vs.
CARMINE A. MATTIA, JR.

**DEFT. PRESENT**

**APPEARANCES:**

Emma Spiro, AUSA and Sean M. Sherman, AUSA for Government
Amy Luria, Esq. for Defendant

**Nature of Proceedings**:MOTION HEARING

Hearing on [22] Motion to Dismiss and [23] Omnibus Motion by Defendant.
Decision Reserved.

**Time Commenced: 2:00**
**Time Adjourned:  4:00**
**Total Time: 2 Hours**

  Nitza Creegan
DEPUTY CLERK