UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-cr-576 (KM) |
| v. | **ORDER** |
| CARMINE A. MATTIA, JR. | |

This matter having been opened to the Court by Critchley, Kinum & Luria, LLC (Michael Critchley, Esq., Amy Luria, Esq., and Armando B. Suarez, Esq., appearing), attorneys for Defendant Carmine A. Mattia, Jr., for a temporary modification of Defendant's pretrial release conditions; and for good cause shown:

It is on this 18th day of April, 2023, ORDERED that:

1. Mr. Mattia's expired passport, which is being held by Pretrial Services, be returned to him, immediately;

2. Mr. Mattia is permitted to apply for and obtain a new passport;

3. Mr. Mattia must provide his new and expired passports to Pretrial Services within two business days of receipt of the new passport;

4. Mr. Mattia is permitted to retrieve his new passport from Pretrial Services on August 2, 2023;

1

5.Mr. Mattia is permitted to travel to Canada as part of a family cruise to Alaska, from August 5, 2023, through August 12, 2023;

6.Mr. Mattia must provide Pretrial Services with his exact flight and cruise details, as well as advise Pretrial Services if there are any changes to these flight and cruise details and the reasons for those changes;

7.While on the cruise, Mr. Mattia must contact his Pretrial Services Officer, pursuant to a schedule set by Mr. Mattia's Pretrial Services Officer; and

8.Mr. Mattia must return his new passport to Pretrial Services on August 14, 2023.

/s/ Kevin McNulty
HONORABLE KEVIN MCNULTY
United States District Judge