UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA　　　:　　Cr. No. 21-cr-576

v.　　　　　　:

:

CARMINE A. MATTIA, JR.　　　:　　NOTICE OF APPEARANCE


PLEASE TAKE NOTICE that Kelly M. Lyons, (kelly.lyons@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.


ROBERT FRAZER
UNITED STATES ATTORNEY


/s/ Kelly M. Lyons


By:  Kelly M. Lyons
Assistant United States Attorney


Dated: June 8, 2026