

830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325
www.hdrbb.com

Hackensack Office
433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

Miami Office
8821 SW 69th Court
Miami, Florida 33156
t: 305.419.2936

July 24, 2026

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

> **Re:**   **United States v. Carmine Mattia**
> <u>**Crim. No. 2:21-cr-00576**</u>

Dear Judge Martinotti:

Please accept this letter in lieu of a more formal submission in support of Defendant Carmine Mattia's Motions in Limine. On June 3, 2024 in the Court's opinion dismissing Counts 1-4, Your Honor expressly denied Mattia's Omnibus Motions (ECF 23) without prejudice and with leave to refile as applicable. ECF 60, p.564. At this time, Defendant Mattia seeks to pursue the previously filed omnibus motions and asks that the Court deem them them refiled as requested in this letter and incorporated by reference in their entirety with the exception of the demand for Agent's rough notes which have been provided in discovery and the demand for disclosure of 404(b) evidence which is now covered by a scheduling order. ECF 83. Oral argument is requested. Thank you for your consideration.

Respectfuly submitted,

/s/ *Bruce A. Levy*
Bruce A. Levy, Esq.

cc:   Jake Nasar, AUSA (via ECF and Email)
      Kelly Lyon, AUSA (via ECF and Email)