Bruce A. Levy, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
830 Morris Turnpike, Ste. 304
Short Hills, NJ 07078
(973) 467-1325
blevy@hdrbb.com
*Counsel for Carmine Mattia, Jr.*

| | |
|---|---|
| United States  of America,<br><br>        v.<br><br> CARMINE MATTIA, JR.<br><br>                    Defendant. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>   Crim. No. 210576 (BRM) |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, defendant Carmine Mattia, through his undersigned counsel, is moving the United States District Court for the District of New Jersey, for an Order dismissing Counts 1-4 of the Superseding Indictment;

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Mr. Mattia shall rely on his brief; and

PLEASE TAKE FURTHER NOTICE that  a proposed form of Order is being filed herewith; and

PLEASE TAKE FURTHER NOTICE that oral argument is requested in the event this motion is opposed.

Respectfully submitted,

/s/Bruce A. Levy
Bruce A. Levy, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLP**
830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
973-467-1325
blevy@hdrbb.com

*Counsel for Defendant Carmine Mattia, Jr.*

-

Dated: July 24, 2026

2