

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7ᵗʰ floor*
*Newark, New Jersey 07102*                973-645-2700

July 27, 2026

<u>VIA EMAIL & ECF</u>
The Honorable Brian R. Martinotti
United States District Judge
Frank R. Lautenberg Post Office
 & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07101

   RE: *United States v. Carmine Mattia Jr.*
     Crim. No. 21-576

Dear Judge Martinotti:

  The parties jointly submit this letter to make the following two requests in connection with the Scheduling Order in this case, Dkt. No. 83:

  *First*, the parties respectfully request an extension from July 31, 2026 to **August 5, 2026**, to file their respective responses to the motions *in limine*, Dkt. Nos. 85-86, and the defendant's renewed motion to dismiss, Dkt. No. 87. This would still provide a full week for the Court to consider the parties' submissions before the August 12, 2026 final status conference. Defendant consents to this request.

  *Second*, as Your Honor is aware, the trial is currently scheduled for September 21, 2026, which the parties recently realized is the date the Jewish holiday Yom Kippur will take place this year. Therefore, in observance of the holiday and to ensure we have a full jury pool to select from, the parties respectfully request a one-day adjournment of the trial date to **September 22, 2026**. The Government anticipates that the trial will still be completed by that Friday, September 25, 2026.

Thank you for the Court's consideration of this matter.

SO ORDERED.

_____
BRIAN R. MARTINOTTI, USDJ
DATED: JULY 28, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    _____

Jake A. Nasar
Kelly Lyons
Assistant United States Attorneys

Cc: Bruce Levy, Esq.

2