

830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325
www.hdrbb.com

Hackensack Office
433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

Miami Office
8821 SW 69th Court
Miami, Florida 33156
t: 305.419.2936

August 5, 2026

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

> **Re:    United States v. Carmine Mattia**
> **Crim. No. 2:21-cr-00576**

Dear Judge Martinotti:

Please be advised that on this date on behalf of Defendant Carmine A. Mattia, Jr., I have submitted a Brief in Opposition to The Government's Motions in Limine (ECF 85) together with a Declaration and Exhibits. Pursuant to the Protective Order in place for this matter (ECF 10), these documents are being served on the Government via electronic mail and copies are being sent to the Court via Hand Delivery.

Respectfuly submitted,

/s/ *Bruce A. Levy*
Bruce A. Levy, Esq.

cc:    Jake Nasar, AUSA (via ECF and Email)
       Kelly Lyon, AUSA (via ECF and Email)