**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>CARMINE A. MATTIA, JR.,<br>Defendant. | Case No. 2:21-cr-00576 (BRM)<br>**ORDER** |

**THIS MATTER** is before the Court three motions: (1) Defendant Carmine A. Mattia's ("Defendant") motion to dismiss Counts 1 through 4 of the Superseding Indictment (ECF No. 87), which the United States of America (the "Government") opposed (ECF No. 90); (2) Defendant's motion in limine (ECF No. 86; *see also* ECF No. 23), which the Government opposed (ECF No. 90); and (3) the Government's motion in limine (ECF No. 85), which Defendant opposed (ECF No. 91). Having reviewed the submissions filed in connection with the respective motions and having declined to hold oral argument, for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 31st day of August 2026,

**ORDERED** that Defendant's motion to dismiss (ECF No. 87) is **DENIED**. The Court will rule on the parties' respective motions in limine from the bench on September 9, 2026, in anticipation of the jury trial set for September 22, 2026.

***/s/ Brian R. Martinotti***
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**