# EXHIBIT A

HARTMANN DOHERTY
ROSA BERMAN & BULBULIA
Limited Liability Partnership Attorneys At Law

830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325
www.hdrbb.com

Hackensack Office
433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

Miami Office
3390 Mary Street, Suit 116
Coconut Grove, Fl. 33133
t: 305.419.2936

August 20, 2026

**VIA EMAIL:**
Jake Nasar, AUSA
Kelly Lyons, AUSA
United States Attorney's Office
For The District Of New Jersey
970 Broad Street
Newark, NJ 07102

Re: United States v. Carmen Mattia
Crim. No. 21-576 (BRM)

Dear Counsel:

On behalf of defendant Carmine Mattia I am writing to provide you with a summary of the background and anticipated testimony of Dr. James Murphy, provided in accordance with Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure. Mr. Mattia reserves the right to supplement or correct this discourse when appropriate. *See* Fed. R. Crim. P. 16(b)(1)(c).

**Statement of Opinions, Bases, and Reasons**

Medically Unnecessary, Medical Necessity and Medically Necessary:

Dr. Murphy is expected to testify regarding the terms "medically unnecessary" (as used in the Superseding Indictment), also referred to as "medical necessity" and "medically necessary." Dr. Murphy's testimony is based on his training, experience, and personal observations. Dr. Murphy will testify that based on his forty plus years of experience practicing medicine and dealing with the submission of claims to a variety of health plans and insurance companies that the terms "medically unnecessary," "medical necessity" or "medically necessary" are terms frequently used by insurance companies and health plans when evaluating claims for payment of services. These terms are used internally by health plans and insurers in the context of paying and administering claims. These terms are vague, elastic, and subjective. Many times, what one insurance provider determines is "medically necessary," another insurance provider may deem "medically unnecessary."

These terms also incorporate concepts that go beyond whether a medication is efficacious or otherwise medically appropriate, including consideration of the cost of medication and the degree to which the medication is effective. For example, a physician may prescribe what the physician believes to be medically appropriate but the health plan or insurance carrier may deny the claim, labeling it "medically unnecessary," because, in Dr. Murphy's opinion, it concludes either that the medication is too expensive, not on their approved proprietary formulary, and/or refuses to pay unless less expensive treatments are first attempted – a practice commonly known in the industry as mandatory "step therapy."

The medications in the three prescriptions he has reviewed can be used to treat a number of illnesses or injuries.

Physician-Patient Relationship

A physician-patient relationship commences when a physician begins to serve a patient's medical needs. The contexts that may lead to a physician-patient relationship vary, and a relationship may commence with a response to a request by a patient or a patient's surrogate, an agreement, a contract, or emergency care.

**Qualifications:**

Dr. Murphy attended the University of Louisville School of Medicine and graduated in 1985 as vice president of his class and recipient of the award for outstanding application to Family Practice. After medical school, he attended his internship in the Department of Psychiatry at the Naval Medical Center in San Diego and upon completion, served as a General Medical Officer at the Naval Training Center in San Diego for six months. After this time in San Diego, Dr. Murphy attended training at the Naval Aerospace Medical Institute at NAS Pensacola, graduated, and became a U.S. Navy Flight Surgeon. Dr. Murphy served as a Flight Surgeon from 1987-1989, deploying to the Western Pacific onboard the aircraft carrier U.S.S. Enterprise as the Attack Flight Surgeon for Carrier Air Wing Eleven, stationed at NAS Lemoore, California.

Upon completing his tour of active duty, Dr. Murphy returned to the University of Louisville and attended his anesthesiology residency from 1989-1992. During this time, Dr. Murphy volunteered for recall to active-duty military service for Operation Desert Shield in 1991 and served in the Department of Anesthesiology at the Naval Medical Center in San Diego. Upon completion of his anesthesiology residency in 1992, Dr. Murphy moved to Elizabethtown, Kentucky where, from 1992-1997, he worked as an anesthesiologist at Hardin Memorial Hospital for the anesthesiology practice that he founded with his partners. He left his Elizabethtown anesthesiology practice in 1997 to attend subspecialty fellowship training in pain management at the Mayo Clinic in Rochester, Minnesota. After six months of fellowship training Dr. Murphy was granted an academic appointment and served as an Associate Consultant and Instructor of Anesthesiology for the Mayo Medical School. In 1998, he completed his one-year fellowship in pain management and returned to Louisville.

Since 1998, Dr. Murphy has lived and practiced in and about his hometown of Louisville, Kentucky, where for over twenty-six years, he has treated patients using a multidisciplinary approach that has included, where appropriate, the prescribing of controlled substances and compounded agents, in addition to an extensive range of interventional pain treatment procedures. Dr. Murphy continues to practice full time. His clinical office is located across the river from Louisville in New Albany, Indiana, and he is licensed to practice medicine in Indiana and Kentucky. In addition to caring for patients with chronic pain, Dr. Murphy is a board-certified addiction medicine specialist and treats patients with substance use disorders.

Dr. Murphy is American Board of Medical Specialties (ABMS) certified in three specialties: Anesthesiology, Pain Medicine, and Addiction Medicine (ABMS certification is the highest level of certification one can achieve in these three disciplines). Since 2004, Dr. Murphy has continuously served the University of Louisville School of Medicine as a gratis faculty member (Clinical Assistant Professor) in the Department of Anesthesiology and Perioperative Medicine. In 2013, Dr. Murphy earned a Master of Medical Management (MMM) degree from the University of Southern California's Marshall School of Business. In 2021, Dr. Murphy was awarded the designation of Distinguished Fellow (DFASAM) by the American Society of Addiction Medicine. Dr. Murphy is the Region X Director of the American Society of Addiction Medicine (ASAM), which covers Kentucky, Alabama, Florida, Mississippi, Tennessee, Puerto Rico, and the Virgin Islands. Dr. Murphy also represents ASAM on the American Medical Association's interagency Substance Use and Pain Care Task Force. Dr. Murphy is a Past President of the Kentucky Society of Addiction Medicine and a past president of the Greater Louisville Medical Society. Dr. Murphy served on the board of directors for the Kentucky Harm Reduction Coalition.

Across the country, Dr. Murphy has given lectures and conducted numerous seminars regarding legitimate and appropriate prescribing principles. He has presented grand rounds lectures to physicians at the Mayo Clinic and University of Louisville. Dr. Murphy has been an instructor for the American Society of Regional Anesthesia and Pain Medicine. Over the years, he has worked with the medical licensing boards of Kentucky and Indiana on treatment issues, and both boards have featured or currently featured on their websites prescribing guidance Dr. Murphy has authored or assisted in writing. Numerous articles on pain management treatment and monitoring principles written by him, or with his co-authorship, have been published in regional and national medical journals. The overwhelming majority of his presentations have been gratis, however, like many of his colleagues, Dr. Murphy has received honoraria for presentations, some of which have come from pharmaceutical companies (e.g., Purdue, Pfizer, King, Endo, Allergan, and Merck. Dr. Murphy has never testified on behalf of a pharmaceutical company. At the request of counsel for Purdue Pharma, Dr. Murphy submitted an affidavit in 2014 (Kentucky vs. Purdue Pharma). Counsel and Dr. Murphy have no record of his being compensated for this affidavit.

Beginning in 2016, Dr. Murphy has testified approximately forty times in federal and state courts as an expert witness regarding pain and/or addiction and fraud allegations. Dr. Murphy's court appearances have been on behalf of the defendant. The government has contracted Dr. Murphy approximately twelve times to assist in adjudicating cases. Dr. Murphy has never been disqualified as an expert witness. Also, the United States Federal Trade Commission engaged Dr. Murphy as a consultant for the government in an investigation of alleged improprieties within the U.S. pharmaceutical industry. In partnership with the Kentucky Supreme Court he lectured to the Kentucky judiciary (Project ECHO). Dr. Murphy has also provided educational presentations for: the National Center for State Courts; the Kentucky Department of Public Advocacy; the Kentucky Court of Justice; the National Health Care Anti-Fraud Association; and the National Conference of State Legislatures. And he has partnered with the Louisville police to offer a prescribing compliance program for physicians that was featured on website of the Federation of State Medical Boards. Dr. Murphy has testified before medical boards in Kentucky, Indiana, and Ohio; and he

has submitted written testimony to at least seven different state medical boards. Over the years, Dr. Murphy has posted articles on various websites, blogs, and social media platforms, some of which represent his opinions and some of which represent the opinions of others. Any "retweets" or re-postings of articles on Twitter (now known as "X") are for informational purposes only and are not to be interpreted as endorsed by Dr. Murphy, i.e., "RT≠ endorsement."

Dr. Murphy's opinions are based on his knowledge of this case, his experience as an anesthesiologist, addiction medicine specialist, and pain medicine specialist. That which informs his opinions and qualifies him to serve as an expert witness encompasses his knowledge, skills, education, experience, and his training that includes: (a) more than thirty-one years of clinical practice in pain management; (b) board certifications in Pain Medicine, Anesthesiology, and Addiction Medicine; (c) expert witness standing in state and federal courts; and (d) over three decades of pain management instruction to a wide range of groups, including: medical providers, government agencies, law enforcement, and judiciary/attorney groups. Dr. Murphy has instructed medical students, resident physicians, and practicing physicians on the reasonableness, medical necessity, and utility of pain care treatments – including medications, such as those noted in the counts against Carmine Mattia.

Dr. Murphy has years of experience as an independent physician reviewer, responsible for determining the reasonableness and medical necessity of interventional pain procedures, prescriptions, and other treatments.

**Professional Education and History**
See CV Attached.

**List of Casses:**
See attached list of cases.

**Publications:**
See attached list of publications.

Should you have any questions regarding this disclosure I am available to discuss.

Sincerely yours,

Bruce A Levy

Bruce A. Levy, Esq.

I have reviewed and approved this disclosure and attest to same:

/s James Murphy, M.D.

James Murphy, M.D.