**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

v.

CARMINE MATTIA, JR.,

Defendant.

Case No. 2:21-cr-00576 (BRM)

**ORDER**

**THIS MATTER** is before the Court on: (1) the United States of America's ("Government") motion to exclude Defendant Carmine Mattia's ("Defendant") proposed expert testimony and to preclude Defendant's introduction of evidence and argument on the medical necessity of medications prescribed to Individual-1 (ECF No. 97), which Defendant opposed (ECF No. 99), and (2) Defendant's motion to exclude a proposed Government witness's testimony and to strike language from the Superseding Indictment as surplusage (ECF No. 100), which the Government opposed (ECF No. 102). Having reviewed and considered the parties' submissions filed in connection with the motions and having declined to hold oral argument, for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 22nd day of September 2026,

**ORDERED** that the Government's motion (ECF No. 97) is **GRANTED** and Defendant's motion **(**ECF No. 100) is **DENIED.**

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**