**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*Kelly M. Lyons*
*Assistant U.S. Attorney*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2700*

November 2, 2026

**VIA ECF**

The Honorable Brian R. Martinotti
United States District Judge
Frank R. Lautenberg Post Office & U.S. Courthouse
Federal Square
Newark, NJ 07101

Re: United States v. Carmine Mattia
Crim No. 21-576 (BRM)

Dear Judge Martinotti:

The Government submits this letter to request that the Court issue an order requiring the pre-trial response to a Rule 17(c) subpoena issued to Roseland Psychotherapy Associates ("Roseland") in this matter. Pursuant to the Court's order at the September 18, 2026 status conference on Defendant's motion for the issuance of Rule 17(c) subpoenas, the Government issued Rule 17(c) subpoenas to obtain mental health records for a Government trial witness. This included a Rule 17(c) subpoena to Roseland issued on September 22, 2026. Roseland informed the Government on October 29, 2026, that it would not comply with the Rule 17(c) subpoena absent a Court order to produce responsive documents. Accordingly, the Government is requesting a Court order requiring pre-trial production of documents pursuant to the Rule 17(c) subpoena and is providing a proposed order for the Court's consideration.

As discussed at the September 18, 2026 pre-trial conference, these records may contain information that is evidentiary and relevant, the documents are not otherwise procurable reasonably in advance of trial by exercise of due diligence, the parties require such production to the Court in advance of trial, failure to obtain such inspection could delay the trial, and this application is made in good faith and pursuant to the Court's order. *See United States v. Nixon,* 418 U.S. 683, 699–700 (1974). Defendant consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

Kelly Lyons

By: KELLY M. LYONS
JAKE A. NASAR
Assistant U.S. Attorneys

cc: Bruce Levy, Esq.